**201739171 - SOTO, GUADALUPE (JR) vs. CAT & SONS TRANSPORTATION LLC (Court 152)**

Chronological History  Print All *(non-financial)*

| Summary | Appeals | Cost Statements | Transfers | Post Trial Writs | Abstracts | Parties |
| Court Costs | Judgments/Events | Settings | Services/Notices | Court Registry | Child Support | Images |

\* Note: Only non-confidential public civil/criminal documents are available to the Public. All non-confidential Civil documents are imaged. In Family Cases, select non-confidential documents and all e-filings are available in electronic format (not every document is available for electronic viewing and a document may be filed in the case that is not viewable electronically). In Criminal Cases, select non-confidential documents are available in electronic format (not every document is available for electronic viewing and a document may be filed in the case that is not viewable electronically). If the case or Civil document you are looking for is not available and should be, please click here to notify Customer Service.
You may print and save uncertified copies of documents from the preview window.

Purchase Order ( 0 documents )

Print List

| Image No. | Title | [Reset Sort] | Post Jdgm | Date | Pages | Add Entire Case |
|---|---|---|---|---|---|---|
| 76006754 | Process Return | | | 07/20/2017 | 1 | Add to Basket |
| 75753981 | Citation | | | 06/30/2017 | 2 | Add to Basket |
| 75753982 | Citation | | | 06/30/2017 | 2 | Add to Basket |
| 75682364 | Family Process Pick Up Form | | | 06/16/2017 | 1 | Add to Basket |
| 75474589 | Plaintiff's Original Petition And Request For Disclosure And Rule 193.7 Notice | | | 06/12/2017 | 6 | Add to Basket |
| -> 75474590 | Civil case information sheet | | | 06/12/2017 | 2 | Add to Basket |
| -> 75474591 | Civil Process Request Form | | | 06/12/2017 | 1 | Add to Basket |

[WS7]

# CIVIL PROCESS REQUEST FORM

6/12/2017 3:26:23 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 17564885
By: SOLIS, ADILIANI A
Filed: 6/12/2017 3:26:23 PM

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

**CASE NUMBER:** _____    **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): Plaintiffs' Original Petition & Req for Disclosure

**FILE DATE OF MOTION:** June 12, 2017
  Month/   Day/   Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

1. **NAME:** Cat & Sons Transporation LLC

    **ADDRESS:** 1019 Brazos Street, Austin, Texas 78701

    **AGENT,** (*if applicable*): Secretary of the State of Texas

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): Citation

**SERVICE BY** (*check one*):
  X  **ATTORNEY PICK-UP**          ☐ **CONSTABLE**
  ☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____ Phone: _____
  ☐ **MAIL**                       ☐ **CERTIFIED MAIL**
  ☐ **PUBLICATION:**
    Type of Publication:  ☐ **COURTHOUSE DOOR,** or
                          ☐ **NEWSPAPER OF YOUR CHOICE:** _____
  ☐ **OTHER,** *explain* _____

For all Services Provided by the DISTRCT CLERKS OFFICE requiring our office to MAIL something back to the Requesting Party, we require that the Requesting Party provide a Self-Addressed Stamped Envelope with sufficient postage for mail back. Thanks you,

*********************************************************************************

2. **NAME:** Orvalee D. Lairson

    **ADDRESS:** 125th E. 11th Street, Austin, Texas 78701

    **AGENT,** (*if applicable*): Chairman of the Texas Transportation Commission

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): Citation

**SERVICE BY** (*check one*):
  X  **ATTORNEY PICK-UP**          ☐ **CONSTABLE**
  ☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____ Phone: _____
  ☐ **MAIL**                       ☐ **CERTIFIED MAIL**
  ☐ **PUBLICATION:**
    Type of Publication:  ☐ **COURTHOUSE DOOR,** or
                          ☐ **NEWSPAPER OF YOUR CHOICE:** _____
  ☐ **OTHER,** *explain* _____

---

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

**NAME:** Timothy E. McKenna          **TEXAS BAR NO./ID NO.** 13706000

**MAILING ADDRESS:** 1001 West Loop South, Ste 700, Houston, Texas 77027

**PHONE NUMBER:** 713 / 783-9900          **FAX NUMBER:** 713 / 572-1800
            area code / phone number                        area code / fax number

**EMAIL ADDRESS:** tmckennapc@aol.com

# CIVIL CASE INFORMATION SHEET

6/12/2017 3:26:23 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 17564885
Filed: 6/12/2017 3:26:23 PM

CAUSE NUMBER (FOR CLERK USE ONLY): **2017-39171 / Court: 152**   COURT (FOR CLERK USE ONLY): **SOLIS, ADILIANI A**

STYLED Guadalupe Soto Jr and Cinia Soto v Cat & Sons Transportation LLC and Orvalee D. Lairson
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

### 1. Contact information for person completing case information sheet:

| Contact information | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| Name: Timothy E. McKenna<br>Email: tmckennapc@aol.com<br>Address: 1001 W. Loop South, Ste 700<br>Telephone: 713/783-9900<br>Fax: 713/572-1800<br>City/State/Zip: Houston, TX 77027<br>State Bar No: 13706000<br>Signature: /s/ | Plaintiff(s)/Petitioner(s):<br>Guadalupe Soto JR<br>Cinia Soto<br><br>Defendant(s)/Respondent(s):<br>Cat & Sons Transportation LLC and<br>Orvalee D. Lairson<br><br>[Attach additional page as necessary to list all parties] | ■ Attorney for Plaintiff/Petitioner<br>□ Pro Se Plaintiff/Petitioner<br>□ Title IV-D Agency<br>□ Other:<br><br>Additional Parties in Child Support Case:<br>Custodial Parent:<br>Non-Custodial Parent:<br>Presumed Father: |

### 2. Indicate case type, or identify the most important issue in the case (select only 1):

**Civil**

| Contract | Injury or Damage | Real Property | Marriage Relationship | Post-judgment Actions (non-Title IV-D) |
|---|---|---|---|---|
| *Debt/Contract*<br>- Consumer/DTPA<br>- Debt/Contract<br>- Fraud/Misrepresentation<br>- Other Debt/Contract:<br><br>*Foreclosure*<br>- Home Equity—Expedited<br>- Other Foreclosure<br>- Franchise<br>- Insurance<br>- Landlord/Tenant<br>- Non-Competition<br>- Partnership<br>- Other Contract: | - Assault/Battery<br>- Construction<br>- Defamation<br>*Malpractice*<br>- Accounting<br>- Legal<br>- Medical<br>- Other Professional Liability:<br>- Motor Vehicle Accident<br>- Premises<br>*Product Liability*<br>- Asbestos/Silica<br>- Other Product Liability List Product:<br><br>- Other Injury or Damage: | - Eminent Domain/Condemnation<br>- Partition<br>- Quiet Title<br>- Trespass to Try Title<br>- Other Property:<br><br>**Related to Criminal Matters**<br>- Expunction<br>- Judgment Nisi<br>- Non-Disclosure<br>- Seizure/Forfeiture<br>- Writ of Habeas Corpus—Pre-indictment<br>- Other: | - Annulment<br>- Declare Marriage Void<br>*Divorce*<br>- With Children<br>- No Children<br><br>**Other Family Law**<br>- Enforce Foreign Judgment<br>- Habeas Corpus<br>- Name Change<br>- Protective Order<br>- Removal of Disabilities of Minority<br>- Other: | - Enforcement<br>- Modification—Custody<br>- Modification—Other<br>**Title IV-D**<br>- Enforcement/Modification<br>- Paternity<br>- Reciprocals (UIFSA)<br>- Support Order<br><br>**Parent-Child Relationship**<br>- Adoption/Adoption with Termination<br>- Child Protection<br>- Child Support<br>- Custody or Visitation<br>- Gestational Parenting<br>- Grandparent Access<br>- Paternity/Parentage<br>- Termination of Parental Rights<br>- Other Parent-Child: |

| Employment | Other Civil |
|---|---|
| - Discrimination<br>- Retaliation<br>- Termination<br>- Workers' Compensation<br>- Other Employment: | - Administrative Appeal · Lawyer Discipline<br>- Antitrust/Unfair Competition · Perpetuate Testimony<br>- Code Violations · Securities/Stock<br>- Foreign Judgment · Tortious Interference<br>- Intellectual Property · Other: |

**Probate & Mental Health**

| Tax | Probate/Wills/Intestate Administration | |
|---|---|---|
| - Tax Appraisal<br>- Tax Delinquency<br>- Other Tax | - Dependent Administration<br>- Independent Administration<br>- Other Estate Proceedings | - Guardianship—Adult<br>- Guardianship—Minor<br>- Mental Health<br>- Other: |

### 3. Indicate procedure or remedy, if applicable (may select more than 1):

- Appeal from Municipal or Justice Court
- Arbitration-related
- Attachment
- Bill of Review
- Certiorari
- Class Action
- Declaratory Judgment
- Garnishment
- Interpleader
- License
- Mandamus
- Post-judgment
- Prejudgment Remedy
- Protective Order
- Receiver
- Sequestration
- Temporary Restraining Order/Injunction
- Turnover

### 4. Indicate damages sought (do not select if it is a family law case):

- Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- Less than $100,000 and non-monetary relief
- Over $100,000 but not more than $200,000
- Over $200,000 but not more than $1,000,000
- Over $1,000,000

Rev 2/13

Unofficial Copy Office of Chris Daniel District Clerk

6/12/2017 3:26:23 PM
Chris Daniel - District Clerk Harris County
Envelope No. 17564885
By: Adiliani Solis
Filed: 6/12/2017 3:26:23 PM

2017-39171 / Court: 152
NO. _____

| | | |
|---|---|---|
| GUADALUPE SOTO JR AND<br>CINIA SOTO | §<br>§<br>§ | IN THE DISTRICT COURT OF |
| vs | §<br>§ | HARRIS COUNTY, T E X A S |
| CAT & SONS TRANSPORTATION LLC<br>AND ORVALEE D. LAIRSON | §<br>§ | _____ JUDICIAL DISTRICT |

**PLAINTIFFS' ORIGINAL PETITION AND**
**REQUEST FOR DISCLOSURE AND RULE 193.7 NOTICE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, GUADALUPE SOTO JR AND CINIA SOTO, Plaintiffs complaining of CAT & SONS TRANSPORTATION LLC AND ORVALEE D. LAIRSON, for causes of action would show unto the Court the following:

### A. Discovery - Control Plan

1. Plaintiffs intend to conduct discovery under Level 3 of the Texas Rules of Civil Procedure 190.3 and affirmatively pleads that this suit is not governed by the expedited-actions process in Texas Rule of Civil Procedure 169 because Plaintiffs seek monetary relief over $100,000.00.

### B. Claim for Relief

2. Plaintiffs seeks monetary relief over $200,000.00 but not over $1,000,000.00.

### C. Parties

3. Plaintiff, GUADALUPE SOTO JR, age 71, TDL XXXXX197 is a resident of Harris County, Texas.

4. Plaintiff, CINIA SOTO, age 58, TDL XXXXX338 is a resident of Harris County, Texas.

1

5. Defendant, CAT & SONS TRANSPORTATION, LLC, a foreign corporation organized and existing under the laws of the State of Arizona, United State of America, whose principal office is located at 6623 N 67th Ave, Glendale, AZ 85301, and may be served with process by serving the Texas Secretary of Texas at 1019 Brazos Street, Austin, Texas 78701, as its agent for service because defendant engages in business in Texas but does not maintain a regular place of business in Texas or a designated agent for service of process and this suit arose from defendants' business in Texas.

6. Defendant, ORVALEE D. LAIRSON, Age 60, Arizona DL XXXXX854, is an individual who is a nonresident of Texas, whose home is located at 9350 North 67th, Apartment Unit 163, Glendale, Arizona 85302, may be served by serving the Chairman of the Texas Transportation Commission at 125th E. 11th street, Austin, Texas 78701, as Defendant's agent for service because Defendant was a party to a collision or accident while operating a motor vehicle in Texas.

### D. Facts

7. On or about July 9, 2017, Plaintiffs, GUADALUPE SOTO JR AND CINIA SOTO, were heading north in the 800 block of Highway 610 North Loop when they were hit by a semi-truck being used by Defendant, CAT & SONS TRANSPORTATION, LLC'S employee Defendant ORVALEE D. LAIRSON. Defendant, ORVALEE D. LAIRSON lost control of his truck and trailer hitting Plaintiffs, GUADALUPE SOTO JR AND CINIA SOTO. Plaintiffs GUADALUPE SOTO JR AND CINIA SOTO began to spin and were slammed into the concrete wall. Defendant, ORVALEE D. LAIRSON failed to keep a proper lookout, failed to control his speed, and was negligent in breaking, and turning his vehicle, resulting in the collision and Plaintiffs' damages and injuries.

8.      At the time of the collision, Defendant, ORVALEE D. LAIRSON was employed by or the agent acting on behalf of Defendant, CAT & SONS TRANSPORTATION, LLC. Defendant LAIRSON was operating a semi-truck in the course and scope of his employment and/or agency on behalf of Defendant, CAT & SONS TRANSPORTATION, LLC, as Defendant LAIRSON was hauling freight for Defendant, CAT & SONS TRANSPORTATION, LLC.

9.      Defendant ORVALEE D. LAIRSON is liable to Plaintiffs because of negligence including but not limited to:

   1.    failing to keep such a lookout for other vehicles as would have been done by an ordinary prudent person of the same age, experience, intelligence and capacity, in the exercise of ordinary care, acting in the same or similar circumstances;

   2.    operating the vehicle at a rate of speed in excess of that at which an ordinary person of the same age, experience, intelligence and capacity in the exercise of ordinary care, acting in the same or similar circumstances would have operated the vehicle;

   3.    failing to apply the brakes as would have been done by an ordinary prudent person of the same age, experience, intelligence, and capacity, in the exercise of ordinary care, acting in the same or similar circumstances and in such manner as to exhibit conscious indifference to the rights, welfare and safety of Plaintiffs;

   4.    failing to maintain proper control of the vehicle as would have been done by an ordinary prudent person of the same age, experience, intelligence and capacity, in the exercise of ordinary care, acting in the same or similar

circumstances and in failing to allow time to stop or swerve the vehicle and avoid the collision with the Plaintiffs in such a manner as to exhibit a conscious indifference to the rights, welfare or safety of Plaintiffs' GUADALUPE SOTO JR AND CINIA SOTO.

    5.    in failing to timely apply his brakes; and

    6.    in taking faulty evasive action;

10. Each of these acts and omissions, singly or in combination with others, constituted negligence that proximately caused the violent collision and the massive injuries that Plaintiffs GUADALUPE SOTO JR AND CINIA SOTO resulting in the collision and Plaintiffs' damages and injuries.

11. Defendant, CAT & SONS TRANSPORTATION, LLC is vicariously liable for the damages proximately caused to Plaintiffs by virtue of the negligent conduct of its driver/employee/agent, ORVALEE D. LAIRSON. Furthermore, this Defendant is negligent in training its employee and providing safe driving training to ORVALEE D. LAIRSON considering the weight being transported and the length and size of the trailer being towed and such negligence proximately caused the injuries and damages complained of by Plaintiffs herein. At the time of the subject collision, ORVALEE D. LAIRSON was an employee and/or agent of Defendant, CAT & SONS TRANSPORTATION, LLC. Further, ORVALEE D. LAIRSON was acting within the course and scope of his employment and/or agency relationship on behalf of Defendant, CAT & SONS TRANSPORTATION, LLC, at the time of the subject incident. That is, ORVALEE D. LAIRSON was acting in furtherance of the business of his employer and/or master.

12. Therefore, Defendant, CAT & SONS TRANSPORTATION, LLC., is vicariously liable to Plaintiffs for the negligent acts and/or omissions of its employee/agent,

4

ORVALEE D. LAIRSON, on the basis of respondeat superior and/or agency law.

13. The occurrence and Plaintiffs resulting damages and injuries were proximately caused by the negligence of the Defendant, ORVALEE D. LAIRSON, in many respects which will be shown at the time of trial.

14. As a result of the negligence of the Defendant, ORVALEE D. LAIRSON, Plaintiffs has sustained damages in the past and expect in all reasonable probability to sustain damages in the future as a result of the negligence of the Defendant. Such damages include:

1. Physical pain and suffering.

2. Physical impairment.

3. Mental anguish.

4. Pecuniary loss.

5. Reasonable and necessary medical expenses.

6. Prejudgment interest.

15. Such damages exceed the minimal jurisdictional limits of this Court for which Plaintiffs herein sue.

### F. Request for Disclosure

16. Plaintiffs hereby requests Disclosure by Defendants pursuant to Texas Rules of Civil Procedure 194.2(a)-(l), within 50 days of service of this request.

### G. Rule 193.7 Notice

17. Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, GUADALUPE SOTO JR AND CINIA SOTO hereby give actual notice to Defendants that any and all documents produced may be used against the Defendants at any pre-trial proceeding and or at the trial of this matter without the necessity of authenticating the documents.

5

### H. Jury Demand

18. Plaintiffs demand a trial by jury.

### I. Objection to Associate Judge

19. Plaintiffs object to the referral of this case to an associate judge for hearing a trial on the merits or presiding at a jury trial.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that citation issue upon the Defendants and that upon trial of this cause, Plaintiffs do have and recover judgment from the Defendants in the amount in excess of the minimal jurisdictional limits of this Court, the Plaintiffs do have and recover prejudgment interest as allowed by law, postjudgment interest as allowed by law, costs of court, and such other and further relief to which they may show themselves to be justly entitled to receive.

Respectfully submitted,

TIMOTHY E. McKENNA
TBA# 13706000
1001 West Loop South
Suite 700
Houston, Texas 77027
713/783-9900
713/572-1800 (Fax)
tmckennapc@aol.com
ATTORNEY FOR PLAINTIFFS
GUADALUPE SOTO JR AND CINIA SOTO



# CHRIS DANIEL
HARRIS COUNTY DISTRICT CLERK

ENTERED __A.S.__
VERIFIED __A.S.__

## Civil Process Pick-Up Form

CAUSE NUMBER: __2017-39171__

ATY __X__     CIV _____     COURT __152__

### REQUESTING ATTORNEY/FIRM NOTIFICATION

*ATTORNEY: __McKenna, Timothy__     PH: __(713) 783-9900__

*CIVIL PROCESS SERVER: _____     BOX #: _____

*PH: _____

*PERSON NOTIFIED SVC READY: _____

* NOTIFIED BY: _____

DATE: _____

| Type of Service Document | Tracking Number |
|---|---|
| cit | 73384644 |
|  | 46 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**Process papers prepared by:**     Jacob Blessing

Date: __6 - 16 - 2017__     30 days waiting __7 - 16 - 2017__

*Process papers released to: __Tim McKenna__
(PRINT NAME)

__713-783-9900__
*(CONTACT NUMBER)     (SIGNATURE)

*Process papers released by: _____
(PRINT NAME)

(SIGNATURE)

* Date: __6/20__, 2016   Time: _____   AM / PM

Unofficial Copy Office of Chris Daniel District Clerk

Revised 12-15-2014

COPY OF PLEADING PROVIDED BY PLTD

CAUSE NO. 201739171

RECEIPT NO.
**********

0.00   ATY
TR # 73384646

PLAINTIFF: SOTO, GUADALUPE (JR)
vs.
DEFENDANT: CAT & SONS TRANSPORTATION LLC

In The   152nd
Judicial District Court
of Harris County, Texas
152ND DISTRICT COURT
Houston, TX

CITATION (STATE HIGHWAY COMMISSION)

THE STATE OF TEXAS
County of Harris

TO: LAIRSON, ORVALEE D MAY BE SERVED BY SERVING
THE CHAIRMAN OF THE TEXAS TRANSPORTATION COMMISSION
125TH E 11TH STREET AUSTIN TX 78701
FWD TO:
9350 N 67TH APARTMENT UNIT 163   GLENDALE AZ 85301

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION REQUEST FOR DISCLOSURE AND RULE 193.7 NOTICE

This instrument was filed on the 12th day of June, 2017, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
This citation was issued on 16th day of June, 2017, under my hand and seal of said Court.

Issued at request of:
MCKENNA, TIMOTHY E.
1001 WEST LOOP SOUTH SUITE 700
HOUSTON, TX 77027
Tel: (713) 783-9900
Bar No.: 13706000

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)
Generated By: BLESSING, JACOB K   IWD/710705320

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock _____ on the _____ day of _____,

Executed at (address) _____ in

_____ County at _____ o'clock ___.M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a true copy of this Citation together with the accompanying _____ copy(ies) of the Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____ day of _____.

Carlos B. Lopez
Constable Pct. 5, Travis County, Texas

FEE: $_____

_____ of _____ County, Texas

By _____
Deputy

_____
Affiant

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

Notary Public

N.INT.HWY.P                    *73384646*

pd $175.00 #22110

6/30/2017 3:26 PM
Chris Daniel - District Clerk Harris County
Envelope No. 17955079
By: KATINA WILLIAMS
Filed: 6/30/2017 3:26 PM

Cause No.: 201739171     { }     In the 152ND District Court
                         { }     HARRIS County
                         { }
Plaintiff:
GUADALUPE SOTO (JR)

Defendant:
CAT & SONS TRANSPORTATION LLC

### Officer's Return

Came to hand June 23, 2017 at 9:47 A.M. and executed in Travis County, Texas, on June 23, 2017 at 1:52 P.M. by delivering to ORVALEE D LAIRSON by delivering to TED HOUGHTON Chairman of the Texas Transportation Commission, at 125 E. 11th Street, Austin, Texas, 78701, by delivering to BAILEY HAMER, designated agent for the Chairman of the Texas Transportation Commission, duplicate true copies of the citation together with duplicate copies of the Plaintiff's ORIGINAL petition REQUEST FOR DISCLOSURE AND RULE 193.7 NOTICE.

Carlos B. Lopez,
Travis County Constable Precinct 5
Travis County, Texas

by: _____
Alan Redd, Deputy

COPY OF PLEADING PROVIDED BY PLTD

6/30/2017 3:26 PM
Chris Daniel - District Clerk Harris County
Envelope No. 17955079
By: KATINA WILLIAMS
Filed: 6/30/2017 3:26 PM

CAUSE NO. 201739171

| | | |
|---|---|---|
| RECEIPT NO. | 0.00 | ATY |
| ********** | TR # 73384644 | |

PLAINTIFF: SOTO, GUADALUPE (JR)
vs.
DEFENDANT: CAT & SONS TRANSPORTATION LLC

In The   152nd
Judicial District Court
of Harris County, Texas
152ND DISTRICT COURT
Houston, TX

CITATION (SECRETARY OF STATE FOREIGN CORPORATION)

THE STATE OF TEXAS
County of Harris

TO: CAT & SONS TRANSPORTATION LLC (A FOREIGN CORPORATION) MAY BE SERVED
BY SERVING THE TEXAS SECRETARY OF STATE
1019 BRAZOS STREET AUSTIN TX 78701
FWD TO:
6623 N 67TH AVE   GLENDALE  AZ  85301

Attached is a copy of **PLAINTIFFS ORIGINAL PETITION REQUEST FOR DISCLOSURE AND RULE 193.7 NOTICE**

This instrument was filed on the 12th day of June, 2017, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

This citation was issued on 16th day of June, 2017, under my hand and seal of said Court.

Issued at request of:
MCKENNA, TIMOTHY E.
1001 WEST LOOP SOUTH SUITE 700

HOUSTON, TX  77027
Tel: (713) 783-9900
Bar No.: 13706000

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)
GENERATED BY: BLESSING, JACOB K  IWD//10705320

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock ____.M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a

true copy of this Citation together with the accompanying _____ copy(ies) of the Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

Fee: $ _____

_____ of _____ County, Texas
            Affiant                    Carlos B. Lopez
                                By Constable Pct. 5, Travis County, Texas
                                                 Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

_____
Notary Public

N.INT.SECC.P                    *73384644*

pd $175.00 #22103

Cause No.: 201739171     { }     In the 152ND District Court
                                     { }     HARRIS County

Plaintiff:                              { }
GUADALUPE SOTO (JR)

Defendant:
CAT & SONS TRANSPORTATION LLC

## Officer's Return

Came to hand June 23, 2017 at 9:47 A.M. and executed in Travis County, Texas, on June 23, 2017 at 1:45 P.M. by delivering to CAT AND SONS TRANSPORTATION LLC (A FOREIGN CORPORATION) by delivering to Carlos Cascos, Secretary of State, of the State of Texas, at 1019 Brazos Street, Austin, Texas, 78701, by delivering to MICHELLE ROBINSON, designated agent for service for the Secretary of State, duplicate true copies of the citation (SECRETARY OF STATE FOREIGN CORPORATION) together with accompanying duplicate true copies of the Plaintiff's ORIGINAL petition REQUEST FOR DISCLOSURE AND RULE 193.7 NOTICE.

Carlos B. Lopez,<br>
Travis County Constable Precinct 5<br>
Travis County, Texas<br>
<br>
by: _____<br>
Alan Redd, Deputy

7/20/2017 11:42 AM
Chris Daniel - District Clerk Harris County
Envelope No. 18320868
By: Farrah Simon
Filed: 7/20/2017 11:42 AM

# The State of Texas
## Secretary of State

2017-280724-1

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Citation and Plaintiff's Original Petition, Request For Disclosure, and Rule 193.7 Notice in the cause styled:

GUADALUPE SOTO (JR) VS. CAT & SONS TRANSPORTATION LLC
152nd Judicial District Court Of Harris County, Texas
Cause No: 201739171

was received by this office on June 23, 2017, and that a copy was forwarded on June 28, 2017, by CERTIFIED MAIL, return receipt requested to:

CAT & SONS TRANSPORTATION LLC
6623 N 67TH AVE
GLENDALE, AZ 85301

The RETURN RECEIPT was received in this office dated July 10, 2017, bearing signature.

Date issued: July 11, 2017

Rolando B. Pablos
Secretary of State

GF/vm