United States District Court
Southern District of Texas
**ENTERED**
December 28, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CINIA SOTO, *et al*, Plaintiffs, | § § § § | CIVIL ACTION NO. 4:17-cv-02329 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| CAT AND SONS TRANSPORTATION LLC, *et al*, Defendants. | § § § § § | |

**ORDER TO STAY AND ADMINISTRATIVELY CLOSE CASE**

The status report filed by the parties pursuant to previous order has been reviewed. See Dkts 77 & 87.

This case is STAYED AND ADMINISTRATIVELY CLOSED pending resolution of the receivership proceedings pertaining to Defendant's insurer, Spirit Commercial Auto Risk Retention Group Inc.

Either party may file a written motion for reinstatement of this case upon conclusion of those proceedings.

SO ORDERED.

Signed on December 28, 2021, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge